Official Form 1) (10.05)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| Northern District of ILLINOIS, Eastern Division | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Deans-Taylor  Mary        Louise | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): 5582 | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): 3304 Birchwood Drive Hazel Crest, Illinois                    ZIP CODE 60429 | Street Address of Joint Debtor (No. &Street, City, and State):                    ZIP CODE |
|---|---|

| County of Residence or of the Principal Place of Business: Cook | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from, street address):                    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):                    ZIP CODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above):                                        ZIP CODE |
|---|

**Type of Debtor (Form of Organization)**
(Check one box.)

- [ ] Individual (includes Joint Debtors)
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and provide the information requested below.)

State type of entity: _____

**Nature of Business**
(Check all applicable boxes.)

- [ ] Health care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Nonprofit organization qualified under 15 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition Is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [ ] Consumer/Non-Business
- [ ] Business

**Fling Fee** (Check one box)

- [ ] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b)- See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the courts consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

(Official Form 1) (10/05)

FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Deans-Taylor    Mary |
|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet)

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)    Date |

| **Exhibit C** | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>☐ No | ☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

---

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the Court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05)

FORM B1, Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Deans-Taylor    Mary |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative of a Recognized Foreign Proceeding** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _Mary Deans_<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>(773)540-6039<br>Telephone Number (If not represented by attorney)<br><br>11/1/07<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition. A certified copy of the order granting recognition is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney**<br><br>X _____<br>Signature of Attorney for Debtor(s)<br><br>_____<br>Printed Name of Attorney for Debtor(s)<br><br>_____<br>Firm Name<br><br>_____<br>Address<br><br>_____<br>Telephone Number<br><br>_____<br>Date | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that- (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition Preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | _____<br>Address<br><br>X _____<br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fine or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

Form 6-Summary
(10/05)

# United States Bankruptcy Court

Deans-Taylor

In re    Deans-Taylor  , Mary      No _____     Case No. _____
                    Debtor

                                                            Chapter _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | | $ | | |
| B - Personal Property | | | $ | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | $ 317,480.84 | |
| E - Creditors Holding Unsecured Priority Claims | | | | $ | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | $ | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | | | | | $ |
| TOTAL | | | $ | $ 317,480.84 | |

AMOUNTS SCHEDULED

Form 6-Summ2
(10105)

# United States Bankruptcy Court

Deans-Taylor

In re    Deans-Taylor , Mary         No _____          Case No. _____
                Debtor

                                                              Chapter _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)
## [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total diem.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $  0.00 |

The foregoing information is for statistical purposes only under 28 U.S.C. § 159.

Form B6A
(10/05)

In re ___Deans-Taylor , Mary___ No _____      Case No. _____
               Debtor                                                                 (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W." J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
|  |  |  |  |  |

Total ➤

(Report also on Summary of Schedules.)

Form B6B
(10/05)

In re  Deans-Taylor , Mary    L
              Debtor

Can No.
                                    (If known)

# SCHEDULE B- PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "Y" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | NONE | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | NONE | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | NONE | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | NONE | | | |
| 5. Books; pictures and other art objects; antiques; stamp, -in, record, tape, compact disc, and other collections or collectibles. | NONE | | | |
| 6. Wearing apparel. | NONE | | | |
| 7. Furs and jewelry. | NONE | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | NONE | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | NONE | | | |
| 10. Annuities. Itemize and name each issuer. | NONE | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1) Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | NONE | | | |

Form B6B-cont
(1Pt 05)

In re __Deans-Taylor__, Mary ___No_____
Debtor

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interest in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | NONE | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | NONE | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | NONE | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | NONE | | | |
| 16. Accounts receivable. | | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | NONE | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | NONE NONE | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | NONE | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | NONE | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | NONE | | | |

Form B6B.cont
(10/05)

In re   Deans-Taylor , Mary      No
_____
Debtor

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | NONE | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | NONE | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | NONE | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | NONE | | | |
| 26. Boats, motors, and accessories. | NONE | | | |
| 27. Aircraft and accessories. | NONE | | | |
| 28. Office equipment furnishings, and supplies. | NONE | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | NONE | | | |
| 30. Inventory. | NONE | | | |
| 31. Animals. | NONE | | | |
| 32. Crops - growing or harvested. Give particulars. | NONE | | | |
| 33. Farming equipment and implements. | NONE | | | |
| 34. Farm supplies, chemicals, and feed. | NONE | | | |
| 35. Other personal property of any kind not already listed. Itemize. | NONE | | | |

_____ continuation sheets attached   Total*   $ _____

(include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules)

Form B6C
(10/05)

In re <u>Deans-Taylor , Mary      No</u>                          Case No _____
                    Debtor                                                 (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under.
(Check one box)
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds
    $125,000.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| | | | |

FORM B6C
(10/05)

In re  Deans-Taylor , Mary        No
_____
Debtor

Case No _____
(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## *CONTINUATION*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| | | | |

Form B6D

(10/05)    In re Deans-Taylor , Mary    No    Case No. _____

Debtor    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J" or "C" in the column labeled "Hush" Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent" If the claim is unliquidated, place an "X" 'in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed.- (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 360805582 | | | | | | | |
| Eastern Illinois University Treasurer's Office 123 Old Main Charleston IL 61920 | | | August 14, 2006 | | | | $7,000.00 |
| ACCOUNT NO. 585565 | | | | | | | |
| Dept of Transportation Buereau of Claims 2300 S. Dirksen Parkway Springfield Il 62734 | | | August 14, 20026 | | | | $6,000.00 |
| ACCOUNT NO 28817679 | | | | | | | |
| Asset Acceptance LLC PO Box 2036 Warren MI 48090-2036 | | | October 3, 2007 | | | | $1,532.98 |
| ACCOUNT NO 837XXXX | | | | | | | |
| Allied Interstate Inc | | | Has Interest in above claim March 1, 2005 | | | | $1,532.00 |

Subtotal ➤  $ $16,064.98

3    continuation sheets attached

Total ➤  $

(Use only on last page of the completed Schedule D.) (Report also on Summary of Schedules.)

(Report total also on Summary of Schedules)

Form B6D - Cont.
(10105)

In re ___Deans-Taylor , Mary___ No_____    Case No. _____
Debtor    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 098619675 | | | | | | | |
| Countrywide PO Box 650070 DAllas TX 75265-0070 | | | February 27, 2007 | | | | $26,000.00 |
| ACCOUNT NO. 98619643 | | | | | | | |
| Countrywide PO Box 650070 Dallas TX 75265-0070 | | | February 27, 2007 | | | | $103,777.99 |
| ACCOUNT NO. 98619643 | | | | | | | |
| Codilid & Associates, P.C. 15W030 North Frontage Road Suite 100 | | | has intrest in above claim | | | | $118,817.98 |
| ACCOUNT NO. 360805582 | | | | | | | |
| Direct Loans P.O. Box 530260 Atlanta, GA 30353-0260 | | | June 28, 2006 | | | | $25,000.00 |
| ACCOUNT NO. 00102482022960001 | | | | | | | |
| Nissan Motor Acceptance Corporation P.O. Box 0502 Carol Stream, Il 60132 | | | June 23, 2006 | | | | $26,819.89 |

Sheet no2 of4 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ► $ $300,415.86

Total ► $
(Use only on last page of the completed Schedule D.)
( Report also on Summary of Schedules.)

Form B6D - Cont.
(10105)

In re   Deans-Taylor , Mary        No                          Case No. _____
                    **Debtor**                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. P6089854 | | | | | | | |
| Village of Forest Park 517 S. Desplaines Forest Park, Il 60130 | | | November 28, 2006 | | | | $150.00 |
| ACCOUNT NO. P7084870 | | | | | | | |
| Village of Forest Park 517 S. Desplaines Forest Park, Il 60130 | | | November 16, 2006 | | | | $150.00 |
| ACCOUNT NO. P7084792 | | | | | | | |
| Village of Forest Park 517 S. Desplaines Forest Park, Il 60130 | | | November 15, 2006 | | | | $150.00 |
| ACCOUNT NO. P3138620 | | | | | | | |
| Village of Forest Park 517 S. Desplaines Forest Park, Il 60130 | | | December 1, 2006 | | | | $250.00 |
| ACCOUNT NO. | | | | | | | |
| Village of Hazel Crest Hazel Crest IL 60429 | | | | | | | $300.00 |

Sheet no 3 of 4 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ► $1,000.00

Total ► $
(Use only on last page of the completed Schedule D.)
( Report also on Summary of Schedules.)

$317,480.84

**Form B6D**

(10/05)    In re   Deans-Taylor , Mary     No _____     **Case No.** _____
                    Debtor                                              **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J" or "C" in the column labeled "Hush" Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent" If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed.- (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 360805582 <br><br> Eastern Illinois University Treasurer's Office 123 Old Main Charleston IL 61920 | | | August 14, 2006 | | | | $7,000.00 |
| ACCOUNT NO. 585565 <br><br> Dept of Transportation Buereau of Claims 2300 S. Dirksen Parkway Springfield Il 62734 | | | August 14, 20026 | | | | $6,000.00 |
| ACCOUNT NO 28817679 <br><br> Asset Acceptance LLC PO Box 2036 Warren MI 48090-2036 | | | Octobert 3, 2007 | | | | $1,532.98 |
| ACCOUNT NO 837XXXX <br><br> Allied Interstate Inc | | | Has Interest in above claim March 1, 2005 | | | | $1,532.00 |

Subtotal ➤   $ $16,064.98

_3_   continuation sheets attached

Total ➤   $
(Use only on last page of the completed Schedule D.)
( Report also on Summary of Schedules.)

(Report total also on Summary of Schedules)

Form B6D - Cont.
(10105)
In re   Deans-Taylor , Mary      No _____    Case No. _____
                    Debtor                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 098619675 | | | | | | | |
| Countrywide PO Box 650070 DAllas TX 75265-0070 | | | February 27, 2007 | | | | $26,000.00 |
| ACCOUNT NO. 98619643 | | | | | | | |
| Countrywide PO Box 650070 Dallas TX 75265-0070 | | | February 27, 2007 | | | | $103,777.99 |
| ACCOUNT NO. 98619643 | | | | | | | |
| Codilid & Associates, P.C. 15W030 North Frontage Road Suite 100 | | | Has intrest in above claim | | | | $118,817.98 |
| ACCOUNT NO. 360805582 | | | | | | | |
| Direct Loans P.O. Box 530260 Atlanta, GA 30353-0260 | | | June 28, 2006 | | | | $25,000.00 |
| ACCOUNT NO. 00102482022960001 | | | | | | | |
| Nissan Motor Acceptance Corporation P.O. Box 0502 Carol Stream, Il 60132 | | | June 23, 2006 | | | | $26,819.89 |

Sheet no2  of4   continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal▶  $ $300,415.86

Total▶  $
(Use only on last page of the completed Schedule D.)
( Report also on Summary of Schedules.)

(Report total also on Summary of Schedules)

Form B6D - Cont.
(10105)
In re  Deans-Taylor , Mary      No _____     Case No. _____
               Debtor                                                         (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. P6089854 | | | | | | | |
| Village of Forest Park 517 S. Desplaines Forest Park, Il 60130 | | | November 28, 2006 | | | | $150.00 |
| ACCOUNT NO. P7084870 | | | | | | | |
| Village of Forest Park 517 S. Desplaines Forest Park, Il 60130 | | | November 16, 2006 | | | | $150.00 |
| ACCOUNT NO. P7084792 | | | | | | | |
| Village of Forest Park 517 S. Desplaines Forest Park, Il 60130 | | | November 15, 2006 | | | | $150.00 |
| ACCOUNT NO. P3138620 | | | | | | | |
| Village of Forest Park 517 S. Desplaines Forest Park, Il 60130 | | | December 4, 2006 | | | | $250.00 |
| ACCOUNT NO. | | | | | | | |
| Village of Hazel Crest Hazel Crest IL 60429 | | | | | | | $300.00 |

Sheet no.3  of.4  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ▶ $ $1,000.00

Total ▶ $
(Use only on last page of the completed Schedule D.)
( Report also on Summary of Schedules.)

$317,480.84

Form B6E
(10/05)

In re  Deans-Taylor , Mary       No                        Case No. _____
                  Debtor                                         (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr. P. 1007(m).

If any entity other than a spouse in a joint        may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated.." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to V 0,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred fit% to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Form B6L Cont
(10/05)

In re   Deans-Taylor  , Mary     No _____     Case No._____
                Debtor                                              (if known)


☐ **Certain farmers and fishermen**                                                       - ı

   Claim of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐ **Deposits by individuals**

   Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use,
that were not delivered or provided. 11 U.S.C. § 507(a)(7).


☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. §507(a)(8).


☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claim based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of
Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11
U.S.C. §507 (a)(9).


☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using
alcohol, a drug, or another substance. 11 U.S.C. §507(a)(10).


* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of
adjustment.


_____ continuation sheets attached

Form B6E - Cont.
(10/05)

*In re* Deans-Taylor , Mary        No _____    *Case No.* _____
    Debtor                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See* Instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no.____ of ____ sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ▶ | $ | | $
(Total of this page)

Total ▶ | $ | | $
(Use only on last page of the completed Schedule E.
(Report total also on Summary of Schedules)

Form B6I - Cont.
(10/05)

*In re* Deans-Taylor , Mary        No _____     *Case No.* _____
                    Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See* Instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TYPE OF PRIORITY AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no ___ of ___ sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ►  $              $

(Total of this page)

Total ►  $              $

(Use only on last page of the completed Schedule E.
(Report total also on Summary of Schedules)

Form B6F (10/05)

In re   Deans-Taylor , Mary    No                                    Case No. _____
_____
Debtor                                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R.Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

if any entity other than a spouse in a joint case may be jointly liable on a claim, place an 'X' in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule, Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 406794115 <br><br> Harris & Harris, Ltd <br> 600 W. Jackson Blvd. Suite 400 <br> Chicago, Il 60661 | | | June 14, 2006 | | | | $240.42 |
| ACCOUNT NO. 005381 <br><br> Highland Recovery, L.L.C. <br> P.O. Box 1541 <br> Homewood, Il 60430 | | | | | | | $400.00 |
| ACCOUNT NO.156249 <br><br> Ambulatory Surgicenter <br> 4333 Main Street <br> Downers Grove, Il 60515 | | | September 8, 2006 | | | | $13,729.00 |
| ACCOUNT NO. 0048702987 <br><br> Saint Margaret Mercy <br> 5454 Hohman Ave. <br> Hammond In 46320 | | | August 12, 2006 | | | | $36.88 |

Subtotal ►  $  $14,406.30

Total ►  $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

5____ continuation sheets attached

In re  Deans-Taylor , Mary      No                      Case No. _____
_____                                              (If known)
            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 39G722964 | | | | | | | |
| Primary Care Partners LLC 4647 W. Linclon Highway Lower Level Matteson Il 60443 | | | July 7, 2006 | | | | $41.80 |
| ACCOUNT NO. 626734 | | | | | | | |
| Gastroenterology Ctr of the Midsouth P.O. Box 105, Dept 2300 Memphis Tn 38101 | | | July 7, 2006 | | | | $59.10 |
| ACCOUNT NO. MRP*377731748 | | | | | | | |
| Memphis Radiological P.C. PO Box 341327 Bartlett TN 38184-1327 | | | August 13, 2007 | | | | $696.00 |
| ACCOUNT NO. MRP*35643236 | | | | | | | |
| Memphis Radiological P.C. PO Box 341327 Bartlett TN 38184-1327 | | | June 29, 2007 | | | | $21.79 |
| ACCOUNT NO. Mary Taylor | | | | | | | |
| Mark Miller & Alan Ellis MD's 7655 Poplar Ave Suite# 230 Germantown, TN 38138 | | | July 26, 2007 | | | | $580.00 |

Sheet no. 2  of 5  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ | $1,398.69

Total ▶ | $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

In re    Deans-Taylor , Mary    No

Debtor

Case No. _____

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3625192-20 | | | | | | | |
| Universal Collection Systems PO Box 751090 Memphis TN 38175-1090 | | | August 22, 2007 | | | | $360.00 |
| ACCOUNT NO. GER*37731748 | | | | | | | |
| Francis J. Fenaughty MD, P.C. 8010 Stage HIlls Blvd. PO Box 342409 Bartlett TN 38184-2409 | | | June 26, 2007 | | | | $400.00 |
| ACCOUNT NO. SSH-6013022 | | | | | | | |
| SSH Anesthesia PO Box 631 Lake Forest Il 60045 | | | June 13, 2006 | | | | $30.80 |
| ACCOUNT NO. 4445645 | | | | | | | |
| Methodist Healthcare P.O.Box 2279 Memphis TN 38101-2279 | | | October 6, 2006 | | | | $35.00 |
| ACCOUNT NO. IP37731748 | | | | | | | |
| Methodist Healthcare 7691 Poplar Ave Germantown, TN 38138-3904 | | | May 22, 2007 | | | | $9,592.70 |

Sheet no. 3 of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 10,418.50

Total ▶ $

(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

In re  Deans-Taylor , Mary      No
_____
Debtor

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 90040155 | | | | | | | |
| Methodist Healthcare Affiliated Division 6400 Shelby View Drive Suite 101 Memphis TN 38134 | | | August 8, 2007 | | | | $217.23 |
| ACCOUNT NO. 5650023 9017593913165 | | | | | | | |
| Bellsouth PO Box 972 Brookfield WI 53008-0972 | | | August 16, 2007 | | | | $655.64 |
| ACCOUNT NO. 42978HA3640 | | | | | | | |
| Hollywood PO Box 6789 Wilsonville, OR 97070 | | | July 30, 2007 | | | | $80.70 |
| ACCOUNT NO. 3387978 | | | | | | | |
| Professional Account Management LLC Collection Services Division PO Box 391 Milwaukee WI 53201-0391 | | | September 12, 2006 | | | | $258.21 |
| ACCOUNT NO. 4022796815 | | | | | | | |
| AMCA PO Box 1235 Elmsford, NY 10523-0935 | | | June 26, 2006 | | | | $12.30 |

Sheet no. 4  of___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  1,224.08

Total▶  $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

In re  Deans-Taylor , Mary    No _____    Case No. _____
Debtor                                                     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 16374<br><br>Southwest Women's Healthcare Assoc<br>3700 West 203 Street Suite 110<br>'Olympia Flds, Il 60461 | | | June 25, 2006 | | | | $36.30 |
| ACCOUNT NO. 19743<br><br>Women's Physicians Group<br>1436 Poplar Ave<br>Memphis TN 38104-2934 | | | July 2, 2007 | | | | $1,860.33 |
| ACCOUNT NO. 6011007750591167<br><br>Portfolio Recovery Associates LLC<br>PO Box 12914<br>Norfolk VA 23541 | | | August 30, 2006 | | | | $2,038.21 |
| ACCOUNT NO. TA01091978<br><br>Reporductive Health Specialists Ltd<br>744 Essington Rd<br>Joliet Il 60435 | | | August 2, 2006 | | | | $843.03 |
| ACCOUNT NO. TA01091978<br><br>Reporductive Health Specialists Ltd<br>744 Essington Rd<br>Joliet Il 60435 | | | August 7, 2006 | | | | $18,815.00 |

Sheet no. 5  of___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  23,592.87

Total▶  $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

In re  Deans-Taylor , Mary    No          Case No. _____
_____                    (If known)
         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 323657632<br><br>GC Services Limited Partnership<br>Collection Agency Division<br>6330 Gulfton, Houston TX 77081 | | | July 23, 2007 | | | | $220.86 |
| ACCOUNT NO. 61239299<br><br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 06268<br>Chicago Il 60606 | | | June 28, 2006 | | | | $135.00 |
| ACCOUNT NO. 2133776068<br><br><br>ComEd | | | November 6, 2007 | | | | $1,000.00 |
| ACCOUNT NO. 00072-2100-1312-962<br><br>Memphis Lights Gas and Water | | | August 10, 2007 | | | | $300.00 |
| ACCOUNT NO. 6241<br><br>Ameri Cash Loans<br>17340 Torrence Ave.<br>Lansing, Il 60438 | | | May 2, 2006 | | | | $419.58 |

Sheet no. 6  of __ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  2,075.44

Total▶  $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

In re  Deans-Taylor , Mary      No
_____
            Debtor

Case No. _____
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6240<br><br>Ameri Cash Loans<br>17340 Torrence Ave.<br>Lansing, Il 60438 | | | May 2,2006 | | | | $1,118.91 |
| ACCOUNT NO. 2302681839008<br><br>Bally Total Fitness<br>12440 Imperial Hwy Ste 300<br>Norwalk, CA 90650-8309 | | | July 10,2006 | | | | $400.00 |
| ACCOUNT NO. 96-41-36-67286<br><br>Nicor Gas<br>PO Box 416<br>Aurora Il 60568 | | | August 1, 2006 | | | | $2,300.00 |
| ACCOUNT NO.<br><br>America's Recovery | | | October 1, 2001 | | | | $115.00 |
| ACCOUNT NO.<br><br>Anderson Crenshaw Association | | | September 1, 2006 | | | | $1,210.00 |

Sheet no. 7  of___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 5,143.91

Total ▶ $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

In re  Deans-Taylor , Mary    No
_____                Case No. _____
          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CB USA INC | | | September 1, 2003 | | | | $95.00 |
| ACCOUNT NO. <br><br> CRD PRT Association | | | January 1, 2003 | | | | $173.00 |
| ACCOUNT NO. 45XXXX <br><br> Diversified Co | | | January 1, 2002 | | | | $81.00 |
| ACCOUNT NO. 47XXXX <br><br> Diversified Co | | | April 1, 2002 | | | | $208.00 |
| ACCOUNT NO. 32365XXXX <br><br> GC Services | | | June 1, 2007 | | | | $454.00 |

Sheet no. 8  of __ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $  1,011.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

In re   Deans-Taylor , Mary   No
                     Debtor

Case No. _____
                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 537XXXX<br><br>Illinois Collection SE | | | July 1, 2002 | | | | $213.00 |
| ACCOUNT NO. 557XXXX<br><br>MRSI | | | September 1, 2003 | | | | $212.00 |
| ACCOUNT NO.555XXXX<br><br>MRSI | | | August 1, 2003 | | | | $244.00 |
| ACCOUNT NO.51305700731XXXX<br><br>Park Dansan | | | July 1, 2006 | | | | $1,254.00 |
| ACCOUNT NO.9010248502296XXXX<br><br>NMAC | | | December 22, 2005 | | | | $26,866.00 |

Sheet no. 9  of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 28,789.00

Total ▶ $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

In re  Deans-Taylor , Mary     No _____      Case No. _____
_____                                                                    (If known)
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 250003332XXXX<br><br>Peoples Energy | | | June 1, 2003 | | | | $461.00 |
| ACCOUNT NO. 338XXXX<br><br>Profess Account | | | May 17, 2003 | | | | $66.00 |
| ACCOUNT NO.<br><br>RMI/MCSI | | | May 3, 2007 | | | | $2,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 10  of 10  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 2,527.00

Total ➤ | $ | .
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

In re  Deans-Taylor , Mary     No _____     Case No. _____
_____                                                    (If known)
   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 11  of __ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $
Total ▶ | $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

In re   Deans-Taylor , Mary      No

_____          Case No. _____
          Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 12  of   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $

Total ▶ $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

In re  Deans-Taylor , Mary     No

Debtor

Case No. _____

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 13 of__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $

Total ► $

(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

In re  Deans-Taylor , Mary        No
_____
Debtor

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 14 of___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $

Total ► $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

Form B6G
(12/05)

In re _____          Case No. _____
            Debtor                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTORS INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Form B6H
(10/05)

In re   Deans-Taylor , Mary       No
_____
                Debtor

Case No. _____
                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Form B6I
(10/05)

In re  Deans-Taylor , Mary      No

Debtor

Case No.

(if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all      filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP: | AGE: |
| Employment:  DEBTOR | | SPOUSE |
| Occupation  Day Coordinator | | |
| Name of Employer  Neighborhood for Boys and Girls | | |
| How long employed  2 months | | |
| Address of Employer  1140 W Jackson, Chicago IL 60607 | | |

INCOME: (Estimate of average monthly income)                    DEBTOR            SPOUSE

1. Current monthly gross wages, salary, and commissions       $ 2000.00         $
    (Prorate if not paid monthly.)
2. Estimate monthly overtime                                   $                 $

3. SUBTOTAL                                                    | $ 2000.00       | $ |

4. LESS PAYROLL DEDUCTIONS
    a. Payroll taxes and social security                       $ 394.00          $
    b. Insurance                                               $ 168.00          $
    c. Union dues                                              $                 $
    d. Other (Specify): _____                        $                 $

5. SUBTOTAL OF PAYROLL DEDUCTIONS                             | $ 562.00        | $ |

6. TOTAL NET MONTHLY TAKE HOME PAY                            | $ 1438.00       | $ |

7. Regular income from operation of business or profession or firm,
    (Attach detailed statement)                                $                 $
8. Income from real property                                   $                 $
9. Interest and dividends                                      $                 $
10. Alimony, maintenance or support payments payable to the debtor for $
    the debtor's use or that of dependents listed above.       $                 $
11. Social security or government assistance
    (Specify):_____                                  $                 $
12. Pension or retirement income                               $                 $
13. Other monthly income
    (specify):_____                                  $                 $

14. SUBTOTAL OF LINES 7 THROUGH 13
15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1438.00      | $ |

16. TOTAL COMBINED MONTHLY INCOME: $ _____          | $ 1438.00      | $ |

(Report also on Summary of Schedules.)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_____

_____

Form B6J
(10/05)

In re ___Deans-Taylor , Mary_____No_____
Debtor

Case No._____
(if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☒ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1000.00 |
|    a. Are real estate taxes included? Yes _____ No _____ | | |
|    b. Is property insurance included? Yes _____ No _____ | | |
| 2. Utilities: a. Electricity and heating fuel | | $ 150.00 |
|       b. Water and sewer | | $ 50.00 |
|       c. Telephone | | $ 125.00 |
|       d. Other _____ | | $ |
| 3. Home maintenance (repairs and upkeep) | | $ |
| 4. Food | | $ 200.00 |
| 5. Clothing | | $ 25.00 |
| 6. Laundry and dry cleaning | | $ |
| 7. Medical and dental expenses | | $ 100.00 |
| 8. Transportation (not including car payments) | | $ |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ |
| 10. Charitable contributions | | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | | $ |
|    b. Life _____ | | $ |
|    c. Health _____ | | $ |
|    d. Auto _____ | | $ |
|    e. Other _____ | | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | | $ |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | | $ |
|    b. Other _____ | | $ |
|    c. Other _____ | | $ |
| 14. Alimony, maintenance, and support paid to others | | $ |
| 15. Payments for support of additional dependents not living at your home | | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ |
| 17. Other _____ | | $ |
| 18. TOTAL MONTHLY EXPENSES Report also on Summary of Schedules | | $ 1650.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

   a. Total monthly income from Line 16 of Schedule I ................ $ 1438.00

   b. Total monthly expenses from Line 18 above ................ $ 1650.00

   c. Monthly net income (a. minus b.) ................ $ (212.00)

Form 5
(10/05)

# United States Bankruptcy Court

### Northern District of ILLINOIS, Eastern Division

In re   Deans-Taylor , Mary
_____
Debtor

Case No. _____

Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☐ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
☐ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U S C § 722 | Debt will be reaffirmed pursuant to 11 U S C J 524(c) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

| Description of Leased property | Lessor's Name | Lease will be assumed pursuant to 11 U S C § 362(h)(1)(A) |
|---|---|---|
| | | |
| | | |

Date: Nov. 1, 2007

11/1/07
Signature of Debtor

## DECLARATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been Promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

Mary L. Deans-Taylor
_____
Printed or Typed Name of Bankruptcy Petition preparer

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
_____
Social Security No. (Required under 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person or partner who signs this document.*

_____
Address

x _____
Signature of Bankruptcy Petition Preparer          Date

11/1/07

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

if more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U S C § 110, 18 U S C § 156.*

Official Form 6-Decl.
(10/05)

In re  Deans-Taylor , Mary   No
_____
Debtor

Case No.
_____
(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury, that I have read the foregoing summary and schedules, consisting of _____

sheets, and that they are true and correct to the best of my knowledge, information, and belief     (Total; shown on summary page plus 1.)

Date  11/1/07 _____     Signature: _____
                                                                            Debtor

Date _____     Signature: _____
                                                                      (Joint Debtor, if any)
                                                        [if joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § § 110(b), 110(h) and 342(b); and, (3) if rules or guide lines have been promulgated pursuant to 11 U.&C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Mary Deans-Taylor                                       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
_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer     Social Security No.
                                                                      (Required by 11 U S C § 110 )
If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner
who signs this document.

3304 Birchwood Drive
_____

Hazel Crest, IL 60429
_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each Person

A bankruptcy petition preparer's failure to comply With the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U S C § 110,
18 U S C § 156.

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of
the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I
have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct
to the best of my knowledge, information, and belief      ( Total shown on summary page plus 1.)

Date _____

Signature: _____

_____
Print or type name of individual signing on behalf of debtor.)

[An individual signing on behalf a **partnership** or corporation must indicate position or relationship to debtor ]

---Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U S C §§ 152 and 3571